

# Texas Department of Insurance

**General Counsel Division (113-2A)**
333 Guadalupe, Austin, Texas 78701 ★ PO Box 149104, Austin, Texas 78714-9104
(512) 676-6585 | F: (512) 490-1064 | (800) 578-4677 | TDI.texas.gov | @TexasTDI

August 17, 2015

**Certified Mail No. 7011 3500 0000 3695 1414**
**Return Receipt Requested**

Nancy Mueller, President
Steadfast Insurance Company
1400 American Lane, Tower 1, 19th Fl.
Schaumburg, IL 60196-1056

Re: Cause No. 2015-3093-5; styled *Sai Hotel Group Ltd. d/b/a Americas Best Value Inn v. Steadfast Insurance Company and Thomas Gollatz;* in the 414th Judicial District Court, McLennan County, Texas

Greetings:

Service of Process has been requested through the Commissioner of Insurance. Enclosed please find citation and Plaintiff's Original Petition and Jury Demand in the above-referenced matter. These documents were served upon the Commissioner of Insurance on August 12, 2015.

Sincerely,

*Tish Wilhelm*

Tish Wilhelm
General Counsel Division
(512) 676-6543

Enclosures

EXHIBIT B

DELIVERED THIS 8-12-15 1:40 PM DAY OF
BY _____
PROFESSIONAL CIVIL PROCESS PAPER # 1 & 2
ATTY

## CITATION

THE STATE OF TEXAS

29154

Cause No: 2015-3093-5

TO: STEADFAST INSURANCE COMPANY, A FOREIGN SURPLUS LINES INSURANCE COMPANY, DEFENDANT - C/O PRESIDENT, 1400 AMERICAN LANE TOWER 1, 19TH FLOOR, SCHAUMBURG, ILLINOIS 60196-1056, BY SERVING ITS REGISTERED AGENT, TEXAS COMMISSIONER OF INSURANCE, 333 GUADALUPE, AUSTIN, TEXAS 78701

GREETINGS:

YOU ARE HEREBY COMMANDED to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

SAI HOTEL GROUP LTD., A DOMESTIC LIMITED PARTNERSHIP,
D/B/A AMERICAS BEST VALUE INN                                Plaintiffs

VS.

STEADFAST INSURANCE COMPANY, A FOREIGN SURPLUS LINES
INSURANCE COMPANY AND THOMAS GOLLATZ                         Defendants

Court: 414TH JUDICIAL DISTRICT
Pleading: PLAINTIFF'S ORIGINAL PETITION
Pleading File Date: JULY 30, 2015
Cause No: 2015-3093-5

RECEIVED 2015 AUG 12 PM 1:44 TEXAS DEPT. OF INSURANCE SERVICE CENTER

### NOTICE

*You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you.*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Waco, McLennan County, Texas.
Issue Date: AUGUST 3, 2015.

JEFFREY L. RAIZNER                          Jon R. Gimble, District Clerk
2402 DUNLAVY STREET                         P.O. Box 2451
HOUSTON, TEXAS 77006                        Waco, McLennan County, Texas 76703
Attorney for Plaintiffs
                                            By: _____, Deputy
                                                MAXINE BARTON

CRAIG D. CHERRY
510 NORTH VALLEY MILLS DRIVE, #600
WACO, TEXAS 76710

Attorney for Plaintiffs

BAT

RETURN OF SERVICE

Style: SAI HOTEL GROUP LTD., A DOMESTIC LIMITED PARTNERSHIP, D/B/A AMERICAS BEST VALUE INN VS. STEADFAST INSURANCE COMPANY, A FOREIGN SURPLUS LINES INSURANCE COMPANY AND THOMAS GOLLATZ
Cause No: 2015-3093-5
Court: 414TH JUDICIAL DISTRICT
Paper#: 1 & 2
Pleading: PLAINTIFF'S ORIGINAL PETITION

Came to hand on the _____ day of _____, 20____ at _____ o'clock ____M. and executed on the _____ day of _____, 20____ by delivering to the party designated in the citation, to-wit: _____

_____

at _____ o'clock ____M; in person, a true copy of this citation with a true and correct copy of the pleading attached thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy

Total $ _____                    _____ County, Texas

                                           By _____

**NO SHERIFF OR CONSTABLE FEES COLLECTED**

NOT EXECUTED FOR THE FOLLOWING REASONS _____

and having attempted on _____.

"My name is _____ (First) _____ (Middle) _____ (Last), my date of birth is _____, and my address is _____

_____.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"

DELIVERED THIS 23 DAY OF [signature] CITATION

BY: [signature]
PROFESSIONAL CIVIL PROCESS

PAPER# 3
ATTY

THE STATE OF TEXAS

Cause No: 2015-3093-5

TO: THOMAS GOLLATZ, DEFENDANT – 206 STARLIGHT TRAIL, GEORGETOWN, TEXAS 78633

GREETINGS:

YOU ARE HEREBY COMMANDED to appear before the Honorable District Court, below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

SAI HOTEL GROUP LTD., A DOMESTIC LIMITED PARTNERSHIP,
D/B/A AMERICAS BEST VALUE INN
                                                                Plaintiffs

VS.

STEADFAST INSURANCE COMPANY, A FOREIGN SURPLUS LINES
INSURANCE COMPANY AND THOMAS GOLLATZ
                                                                Defendants

Court: 414TH JUDICIAL DISTRICT
Pleading: PLAINTIFF'S ORIGINAL PETITION
Pleading File Date: JULY 30, 2015
Cause No: 2015-3093-5

NOTICE

You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you.

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Waco, McLennan County, Texas.
Issue Date: AUGUST 3, 2015.

Jon R. Gimble, District Clerk
P.O. Box 2451
Waco, McLennan County, Texas 76703

By: [signature] , Deputy
MAXINE BARTON

JEFFREY L. RAIZNER
2402 DUNLAVY STREET
HOUSTON, TEXAS 77006
Attorney for Plaintiffs

CRAIG D. CHERRY
510 NORTH VALLEY MILLS DRIVE, #600
WACO, TEXAS 76710

Attorney for Plaintiffs

# RETURN OF SERVICE

Style: SAI HOTEL GROUP LTD., A DOMESTIC LIMITED PARTNERSHIP, D/B/A AMERICAS BEST VALUE INN VS. STEADFAST INSURANCE COMPANY, A FOREIGN SURPLUS LINES INSURANCE COMPANY AND THOMAS GOLIATZ
Cause. No: 2015-3093-5
Court: 414TH JUDICIAL DISTRICT
Paper#: 3
Pleading: PLAINTIFF'S ORIGINAL PETITION

Came to hand on the _____ day of _____, 20___, at _____ o'clock ___ M. and executed on the _____ day of _____, 20___ by delivering to the party designated in the citation, to-wit:

at _____ o'clock ___ M; in person, a true copy of this citation with a true and correct copy of the pleading attached thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy
Total $ _____

By _____ County, Texas

NOT EXECUTED FOR THE FOLLOWING REASONS _____
and having attempted on _____

"My name is _____ (First) _____ (Middle) _____ (Last), my date of birth is _____, and my address is _____

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"